IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP DARGEN,

          Plaintiff,                 No. 2:09-cv-1283 MCE JFM PS

    vs.

KAISER PERMANENTE, et al.,

          Defendants.           <u>ORDER TO SHOW CAUSE</u>

_____/

        Plaintiff has filed a complaint alleging medical malpractice. The federal courts are courts of limited jurisdiction. There is no apparent basis for subject matter jurisdiction evident in the complaint. The gravamen of the complaint appears to be one that is appropriately resolved in the state court.

        Accordingly, IT IS HEREBY ORDERED that within twenty days from the date of this order plaintiff shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

DATED: May 26, 2009.

UNITED STATES MAGISTRATE JUDGE

001; dargen.osc